IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ARTHUR SCHEID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:11-cv-396 |
| | ) |
| DAVIDSON COUNTY, TENNESSEE | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR MORE DEFINITE STATEMENT AND MEMORANDUM OF LAW IN SUPPORT[1]

*[Handwritten annotation: Denied. Under the liberal standard for pro se pleadings and the defendant's record of judicial proceedings, the motion to dismiss is denied. See Fed. R. Civ. P. 8(a). /s/ USMJ 6-21-11]*

The Metropolitan Government of Nashville and Davidson County, Tennessee ("Defendant"), incorrectly identified as "Davidson County, Tennessee" in the caption of Plaintiff's Complaint, submits this motion for more definite statement, and memorandum in support, pursuant to Fed. R. Civ. P. 12(e).

### PRELIMINARY STATEMENT

Plaintiff Arthur Scheid's Complaint reads, in its entirety, as follows:

> On January 21, 2011, I went to court the judge released me and I went to court about five times after that and wasn't released until Feb. 18, 2011. Each time I went to court the judge released me. And each time they would not release me.

(Compl., Doc. No. 1, at 2). Plaintiff goes on to say that he wants compensation for the 24 days he should not have been in jail. Id. at 3.

---

[1] Due to the brief and straightforward nature of this motion, Defendant combines the motion and supporting memorandum for the Court's convenience.