IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARTHUR CRAIG SCHEID, | ) |
| Plaintiff, | ) CASE NO. 3:11-0396 |
| | ) JUDGE HAYNES |
| v. | ) |
| DAVIDSON COUNTY, TENNESSEE, | ) |
| Defendant. | ) |

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 38) recommending that the Defendants' motion to dismiss complaint (Docket Entry No. 34) be granted for the Plaintiff's failure to notify the Court of his current address. Plaintiff has not filed any objections to the Report and Recommendation. Yet, upon review of the file, the Clerk mailed a copy of the Report and Recommendation in this action to the Plaintiff on July 6, 2012. (Docket Entry No. 39). The Order was returned to the Court as "Returned as Undeliverable." (Docket Entry No. 41).

Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). Plaintiff has failed to inform the Court of his new address, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, upon the Court's own motion, this action is **DISMISSED with prejudice** under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

ENTERED this the 16th day of July, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge

1